UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES THOMAS DOUCETTE III, | ) | No. CV 12-10644-JSL (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| CONRAD M. GRABER, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner has objected.

**IT IS ORDERED** that the Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 22, 2013

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE