UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES THOMAS DOUCETTE III, | No. CV 12-10644-JSL (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| CONRAD M. GRABER, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: 7/22/13

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE